UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

In re:                                                    Chapter 11

    PHYLLIS PAMELA BRONDO,

                                       Case No.:

                Debtor.

------------------------------------------------------------------x

## PURSUANT TO E.D.N.Y. LBR 1007-4

STATE OF NEW YORK      )

                            )ss.:

COUNTY OF NASSAU     )

        I, Phyllis Pamela Brondo, being duly sworn, deposes and says:

1.     I am the debtor and debtor-in-possession herein ("Debtor").

2.     I submit this affidavit in conjunction with the filing of a voluntary petition for relief under Chapter 11 of Title 11 of the Untied States Code (the "Bankruptcy Code").

3.     Pursuant to Rule 1007-4 of the Local Bankruptcy Rules of the Eastern District of New York, I state as follows:

        (i)     Not applicable.

        (ii)     I am not currently in business or employed. This bankruptcy was occasioned by the commencement and prosecution by U.S. Bank National Association as Trustee for Certificate Holders of Bear Stearns Asset Backed Securities I LLC, Asset Backed Certificates, Series 2006-AC1 ("US Bank"), the holder of a mortgage against my residence located at 14 Oak Hill Lane, East Hampton, New York 11937 (the "Real Property"), of a foreclosure proceeding that remains pending in the Supreme Court of the State of New York, County of Suffolk (the "Foreclosure Action"). This case

        was filed for the purpose of requesting and proceeding through the loss mitigation process in order to reach an agreement with US Bank regarding the restructuring of the mortgage debt against the Real Property as well as to pursue relief as to certain non-consensual liens.

(iii)    Not applicable.

(iv)    Not applicable.

(v)    At this time, I do not have any unsecured claims. However, in the event the non-consensual liens are recharacterized as unsecured and/or avoided pursuant to 11 U.S.C. §§ 506 or 522(f), the respective judgment creditors' claims would constitute general unsecured claims.

(vi)    The following are the three holders of Secured Claims:

    US Bank    $2,100,000.00
    c/o EMC Mortgage Corp.
    222 West Las Colinas Blvd
    Irving, TX 75039

    <u>Description</u>:
    The Real Property

    <u>Value of Collateral</u>:
    Appx. $900,000.00

|  |  |
|---|---|
| American Express Centurian Bank 200 Vesey Street New York, NY 10285 | $35,628.90 |
| Description: The Real Property |  |
| Value of Collateral: Appx. $900,000.00 | $8,178.30 |
| Citibank South Dakota N.A. 701 East 60th Street, North Sioux Falls, SD 57117 |  |
| Description: The Real Property |  |
| Value of Collateral: Appx. $900,000.00 |  |

(vii)   The material asset owned by the Debtor is the Real Property. Her liabilities are the aforementioned three secured liabilities, one mortgage debt and two judgment liens.

(viii)  Not applicable.

(ix)    Not applicable.

(x)     Not applicable.

(xi)    The Real Property.

(xii)   The Foreclosure Action is scheduled for trial on November 14, 2016.

  (xiii) Not applicable.

  (xiv) Not applicable.

  (xv) Not applicable.

  (xvi) Schedules "I" and "J" of the petition and supporting schedules reflect my personal income and expenses.

    By: */s/Phyllis Pamela Brondo*
      Phyllis Pamela Brondo

Sworn to before me this
1st day of day of November, 2016

/s/Kathleen Janssen
Notary Public
Kathleen Janssen
Notary Public - State of New York
No.: 01JA6130955
Commissioned in Suffolk County, New York
Commission Expires: July 25, 2017